```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :       18cr201 (DLC)
            -v-                         :
                                        :       ORDER
MUBARAK BATURI,                         :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the United States Probation Office shall prepare a PreSentence Investigation Report for the defendant.

IT IS FURTHER ORDERED that sentence is scheduled for **September 30, 2021** at **11:00 AM**. Counsel for the defendant shall arrange to have the defendant interviewed by the Probation Department within two weeks of this Order.

IT IS FURTHER ORDERED that any Government submissions regarding sentence shall be due **September 17** and the defendant's reply shall be due **September 24**. One courtesy copy shall be sent to Chambers.

Dated:   New York, New York
         June 16, 2021

_____
DENISE COTE
United States District Judge