UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MUBARAK BATURI,<br><br>                    Defendant. | **Order of Restitution**<br><br>**S4 18 Cr. 201 (DLC)** |

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Sagar K. Ravi, Assistant United States Attorney, of counsel; the plea agreement, the presentence report; the Defendant's conviction on Counts One through Eight of the above Superseding Information; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** MUBARAK BATURI, the Defendant, shall pay restitution in the total amount of $1,700,843.40 to the victims of the offense charged in Counts One through Eight. The names, addresses, and specific amount owed to the victims are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter, specifically MUFTAU ADAMU, TOUREY AHMED RUFAI, PRINCE AGGREY, ABDUL RASHID MASOUD, DEBORAH MENSAH, and ASSANA TRAORE. Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of its loss from all the restitution paid by the Defendant and co-defendants in this matter.

**3. Sealing.** Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
       November 9, 2021

_____
HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

SCHEDULE OF VICTIMS - SEALED